| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2**<br><br>Loren L. Speziale<br>GROSS MCGINLEY, LLP<br>Attorney for Santander Bank, N.A.<br>33 South 7th Street, PO Box 4060<br>Allentown, PA 18105-4060<br>610-820-5450 | |
| In Re:<br><br>BRIEANNE PEARSON | Case No.: 24-17821-JNP<br>Chapter: 13<br>Hearing Date:<br>Judge: Jerrold N. Poslusny, Jr., U.S.B.J. |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

     Please be advised that Loren L. Speziale, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania 18105-4060, hereby enters her appearance on behalf of the Creditor, Santander Bank, N.A., and requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

     Respectfully submitted,

     GROSS McGINLEY, LLP

     By: ___/s/ *Loren L. Speziale*_____
     LOREN L. SPEZIALE, ESQUIRE
     Attorney for Santander Bank, N.A.
     33 South 7th Street, PO Box 4060
     Allentown, PA  18105-4060
     Phone:  (610) 820-5450
     Fax:     (610) 820-6006

Date: October 1, 2024     E-Mail:  lspeziale@grossmcginley.com