UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-23171 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

Brieanne Pearson AKAÂ BRIEANNE E. PEARSON AKAÂ BRIEANNE ELIZABETH PEARSON

Case No: 24-17821-JNP

Hearing Date: December 4, 2024

Judge: JERROLD N. POSLUSNY JR.

Chapter: 13

# CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, Matthew Fissel, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled Objection to Confirmation of Plan [18] and filed on September 12, 2024 was marked "order to be submitted," and

☐ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☒ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Andrew B Finberg | ☒ Trustee |
| Lee Martin Perlman | ☒ Debtor Attorney |
| Brieanne Pearson | ☒ Debtor |
| | |

I certify under penalty of perjury that the foregoing is true.

*New.8/1/18*

2

Date: <u>October 22, 2024</u>    <u>/s/ Matthew Fissel</u>
Signature

*New.8/1/18*

2