| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-23171 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | Order Filed on October 24, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Brieanne Pearson AKA Brieanne E. Pearson AKA Brieanne Elizabeth Pearson | Case No: 24-17821-JNP<br><br>Hearing Date: October 16, 2024<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Chapter: 13 |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED:**

_____
Honorable Jerrold N. Poslusny Jr.
Unit

**DATED: October 24, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-23171 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | |
| In Re:<br><br>Brieanne Pearson AKA Brieanne E. Pearson AKA Brieanne Elizabeth Pearson | Case No: 24-17821-JNP<br><br>Hearing Date: October 16, 2024<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Chapter: 13 |

    The Consent Order pertains to the property located at 62 Eraser Rd, Moorestown, NJ 08057, mortgage account ending with "2786";

    This Matter having been brought before the Court by Lee Martin Perlman, Esquire, attorney for Debtor, Brieanne Pearson (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Freedom Mortgage Corporation (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

    1.    The Parties agree that this consent order shall be made part of the Confirmation Order.

    2.    The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (Claim No. 17), which lists pre-petition arrears in the amount of $9,977.85, through Chapter 13 Plan payments.

    3.    If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

    4.    Debtor agrees to make regular monthly mortgage payments in the current amount of $1,268.99 and acknowledges that the amount is subject to change in accordance with the terms of the note and mortgage.

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Freedom Mortgage Corporation
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone:  844-856-6646
Facsimile:  704-369-0760
E-Mail:  NJBKR@brockandscott.com

Dated:   10/21/2024

DEBTOR
By Their Attorney,

/s/ Lee M. Perlman, Esquire
Lee Martin Perlman, Esquire
1926 Greentree Road,
Suite 100,
Cherry Hill, NJ 08003
Phone Number: 856.751.4224
Fax: (856) 751-4226
Email: ecf@newjerseybankruptcy.com

Dated:     10/18/2024