| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-23171 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | Order Filed on October 24, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Brieanne Pearson AKA Brieanne E. Pearson AKA Brieanne Elizabeth Pearson | Case No: 24-17821-JNP<br><br>Hearing Date: October 16, 2024<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED:**                                          _____
                                                                 Honorable Jerrold N. Poslusny Jr.
                                                                 Unit

**DATED: October 24, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-23171 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | |
| In Re:<br><br>Brieanne Pearson AKA Brieanne E. Pearson<br>AKA Brieanne Elizabeth Pearson | Case No: 24-17821-JNP<br><br>Hearing Date: October 16, 2024<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Chapter: 13 |

    The Consent Order pertains to the property located at 62 Eraser Rd, Moorestown, NJ 08057, mortgage account ending with "2786";

    This Matter having been brought before the Court by Lee Martin Perlman, Esquire, attorney for Debtor, Brieanne Pearson (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Freedom Mortgage Corporation (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

    1.    The Parties agree that this consent order shall be made part of the Confirmation Order.

    2.    The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (Claim No. 17), which lists pre-petition arrears in the amount of $9,977.85, through Chapter 13 Plan payments.

    3.    If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

    4.    Debtor agrees to make regular monthly mortgage payments in the current amount of $1,268.99 and acknowledges that the amount is subject to change in accordance with the terms of the note and mortgage.

      5.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Freedom Mortgage Corporation
By Its Attorney,

*/s/ Matthew Fissel*
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone:  844-856-6646
Facsimile:  704-369-0760
E-Mail:  NJBKR@brockandscott.com

Dated:  10/21/2024

DEBTOR
By Their Attorney,

/s/ Lee M. Perlman, Esquire
Lee Martin Perlman, Esquire
1926 Greentree Road,
Suite 100,
Cherry Hill, NJ 08003
Phone Number: 856.751.4224
Fax: (856) 751-4226
Email: ecf@newjerseybankruptcy.com

Dated:  10/18/2024

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-17821-JNP

Brieanne Pearson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Oct 24, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brieanne Pearson, 62 Eraser Rd, Moorestown, NJ 08057-1674 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor OceanFirst Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| I. Dominic Simeone | on behalf of Creditor School House Mews Condominium Association dsimeone@srnjlawfirm.com nseldomridge@srnjlawfirm.com |
| Lee Martin Perlman | on behalf of Debtor Brieanne Pearson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Matthew K. Fissel
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7