| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:    24-17821 JNP<br>Chapter:    13<br>Hearing Date:    12/17/2024<br>Judge:    Poslusny |
| In Re:<br>    Brieanne E. Pearson | |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following:

1. [X] Motion for Relief from the Automatic Stay filed by <u>Freedom Mortgage Corporation</u>, creditor,
    A hearing has been scheduled for <u>12/17/2024</u>, at <u>11:00 AM</u>.

    [ ] Motion to Dismiss filed by the Chapter 13 Trustee.
    A hearing has been scheduled for _____, at _____.

    [ ] Certification of Default filed by _____.
    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    [ ] Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

    [ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

    [X] Other (explain your answer):
    I intend to make the full payment for the arrears bringing my account current.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date:  12/09/2024                                              /s/Brieanne Pearson

                                                                              Debtor's Signature