Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  24−17821−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Brieanne Pearson
    aka Brieanne E. Pearson, aka Brieanne
    Elizabeth Pearson
    62 Eraser Rd
    Moorestown, NJ 08057

Social Security No.:
    xxx−xx−4204

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/16/25.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 17, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 24-17821-JNP

Brieanne Pearson                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                User: admin                                               Page 1 of 4

Date Rcvd: Jan 17, 2025                        Form ID: 148                                      Total Noticed: 54

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brieanne Pearson, 62 Eraser Rd, Moorestown, NJ 08057-1674 |
| cr | + | Santander Bank N.A., Gross McGinley, LLP, 33 S. Seventh Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 520416818 | | Freedom Mortgage / Attn:, Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 520424041 | | OceanFirst Bank, National Association, Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520354139 | + | Oceanfirst Bank Na, 975 Hooper Avenue, Toms River, NJ 08753-8320 |
| 520354152 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520354145 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 520409935 | + | Santander Bank, N.A., c/o Gross McGinley, LLP, 33 S. 7th Street, Allentown, PA 18101-2436 |
| 520354149 | + | School House Mews Condominium Assoc, 180 Tuckerton Rd, Ste #2, Medford, NJ 08055-8802 |
| 520360450 | + | School House Mews Condominium Association, c/o I. Dominic Simeone, Esq., Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 520354151 | + | Simeone & Raynor, 1522 Route 38, Cherry Hill, NJ 08002-2216 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jan 17 2025 20:55:01 | Matthew K Fissel, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2025 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 17 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2025 21:02:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| cr | | EDI: IRS.COM | Jan 18 2025 01:36:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| cr | ^ | MEBN | Jan 17 2025 20:55:25 | Santander Bank N.A., Gross McGinley, LLP, 33 S. Seventh Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 520447700 | + | EDI: MAXMSAIDV | Jan 18 2025 01:36:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520354126 | + | EDI: TSYS2 | Jan 18 2025 01:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520354127 | + | Email/Text: LSOLTNER@CAMPBELLCU.ORG | Jan 17 2025 21:05:00 | Campbell FCU, Attn: Bankruptcy, Po Box 2737, Camden, NJ 08101-2737 |

| | | | |
|---|---|---|---|
| 520354128 | + EDI: CAPITALONE.COM | Jan 18 2025 01:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520365580 | + EDI: AIS.COM | Jan 18 2025 01:36:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520354130 | + EDI: CITICORP | Jan 18 2025 01:36:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520354131 | + EDI: CCS.COM | Jan 18 2025 01:36:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520361319 | EDI: DISCOVER | Jan 18 2025 01:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520354132 | + EDI: DISCOVER | Jan 18 2025 01:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520354133 | + Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2025 21:02:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 520395206 | EDI: JEFFERSONCAP.COM | Jan 18 2025 01:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520354135 | EDI: JPMORGANCHASE | Jan 18 2025 01:36:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 520397576 | + Email/Text: RASEBN@raslg.com | Jan 17 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520354136 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2025 21:01:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520418760 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 21:06:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520354137 | Email/Text: camanagement@mtb.com | Jan 17 2025 21:04:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520423631 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 17 2025 21:02:00 | New Jersey Turnpike Authority, Ramn de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520354138 | + EDI: MAXMSAIDV | Jan 18 2025 01:36:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520364189 | EDI: PRA.COM | Jan 18 2025 01:36:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520354140 | EDI: PRA.COM | Jan 18 2025 01:36:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520372543 | EDI: PRA.COM | Jan 18 2025 01:36:00 | Portfolio Recovery Associates, LLC, c/o TJ MAXX, POB 41067, Norfolk, VA 23541 |
| 520374764 | EDI: PRA.COM | Jan 18 2025 01:36:00 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 520354144 | Email/Text: signed.order@pfwattorneys.com | Jan 17 2025 21:01:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 520418761 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 21:06:51 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 520371698 | EDI: Q3G.COM | Jan 18 2025 01:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520395400 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 21:06:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Jan 17, 2025 | Form ID: 148 | Total Noticed: 54

| 520354150 | | Email/Text: EBN@seliplaw.com | | |
| | | | Jan 17 2025 21:03:00 | Selip & Stylianou, LLP, 10 Forest Ave, Ste 300, PO Box 914, Paramus, NJ 07652 |
| 520402743 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jan 17 2025 21:02:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520354148 | + | Email/Text: DeftBkr@santander.us | | |
| | | | Jan 17 2025 21:04:00 | Santander Bank Na, 1130 Berkshire Bv, Wyomissing, PA 19610-1242 |
| 520354155 | + | EDI: SYNC | | |
| | | | Jan 18 2025 01:36:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 520425178 | + | EDI: AISACG.COM | | |
| | | | Jan 18 2025 01:36:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520354153 | + | EDI: SYNC | | |
| | | | Jan 18 2025 01:36:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520354158 | + | EDI: SYNC | | |
| | | | Jan 18 2025 01:36:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520354159 | + | EDI: SYNC | | |
| | | | Jan 18 2025 01:36:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520354160 | + | EDI: SYNC | | |
| | | | Jan 18 2025 01:36:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520354161 | | Email/Text: bankruptcies@uplift.com | | |
| | | | Jan 17 2025 21:01:00 | Uplift, Inc., Attn: Bankruptcy, 440 N. Wolfe Rd, Sunnyvale, CA 94085 |
| 520356614 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Jan 17 2025 21:06:38 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520413099 | + | EDI: AIS.COM | | |
| | | | Jan 18 2025 01:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | School House Mews Condominium Association, c/o I. Dominic Simeone, Esq., Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 520354129 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520354134 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520354141 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520354142 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520354143 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520354146 | * | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 520354147 | * | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 520354154 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520354156 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520354157 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor OceanFirst Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| I. Dominic Simeone | on behalf of Creditor School House Mews Condominium Association dsimeone@srnjlawfirm.com nseldomridge@srnjlawfirm.com |
| Lee Martin Perlman | on behalf of Debtor Brieanne Pearson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8