| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224<br><br>In Re:<br>Brieanne E. Pearson | Case No.:     24-17821 JNP<br>Chapter:      13<br><br>Judge:         Poslusny |

**CERTIFICATION REQUESTING DISBURSEMENT OF FUNDS ON HAND**

Lee M. Perlman, being of full age, hereby certifies as follows:

1. I am the attorney for debtor(s) in the captioned Chapter 13 case.

2. A confirmation hearing in this case was held on 01/15/2025 at which time the case was dismissed.

3. Pursuant to the Disclosure of Attorney Compensation filed in this case, I was to be paid $3,308.00 through the Chapter 13 plan.

4. Upon information and belief, the Trustee has funds on hand in the amount of $5,564.70.

5. I hereby request the funds on hand be disbursed to me in an amount not to exceed the amount specified in paragraph three above.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.  I am aware that if any of the statements contained herein are willfully false, I am subject to punishment.

____02/05/2025_____                              __/s/ Lee M. Perlman_____
Date                                                          Lee M. Perlman, Esquire